UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARLA J. BROCK,                  Case No. 3:10-cv-179

      Plaintiff,                      Judge Timothy S. Black

vs.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

### ORDER AWARDING EAJA FEES

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation to award EAJA fees. (Doc. 22). The parties stipulate to and this Court therefore orders, an award in the amount of $3,200.000 for attorney fees and expenses authorized under 28 U.S.C. § 2412(d) and $350.00 for costs authorized under 28 U.S.C. § 2412(a), for a total award of $3,550.00. This award satisfies Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.[1]

**IT IS SO ORDERED.**

Date: 10/5/11

                                             Timothy S. Black
                                             United States District Judge

---

[1] Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).